

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | § | |
|---|---|---|
| ATLANTIC INDUSTRIAL INC., A/K/A ATLANTIC SCAFFOLDING COMPANY AND FAUSTINO MURILLO, | § | No. 08-12-00093-CV |
| | § | Appeal from |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| EUGENE BLAIR, III, | § | (TC # 2006-5947) |
| Appellee. | § | |

## MEMORANDUM OPINION ON REMAND

The Texas Supreme Court reversed the judgment entered in the above-entitled and numbered cause and remanded the case for us to render judgment consistent with our opinion issued August 28, 2014. We have issued a judgment consistent with our prior opinion and in compliance with the Supreme Court's mandate.

May 5, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating